# United States District Court
# District of Massachusetts

| | |
|---|---|
| CARLOS A. PALACIO, SIDNEY G. GAVIRIA ORREGO, and CARLOS D. PALACIO, <br>       PLAINTIFFS <br><br> v. <br><br> CITY OF SPRINGFIELD, WILLIAM FITCHET, and JOHN DOES I, II, III and IV <br><br>       DEFENDANTS | CIVIL ACTION NO.: 3:13-CV-3014 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COME the parties, and pursuant to Rule 41 (a) (1) (ii) of the Federal Rules of Civil Procedure, hereby agree and stipulate that, the parties in this case have agreed that all claims that have been or could have been asserted in this action are dismissed, with prejudice, without costs, and with each party bearing its own attorney's fees and with all rights of appeal waived.

Dated:

| | |
|---|---|
| **THE PLAINTIFFS,**<br>**CARLOS A. PALACIO**<br>**SIDNEY G. GAVIRIA ORREGO and**<br>**CARLOS D. PALACIO**<br>By their attorney | **THE DEFENDANTS,**<br>**WILLIAM J. FITCHET and**<br>**CITY OF SPRINGFIELD**<br>By their attorneys |
| | /s/   John T. Liebel |
| /s/ Thomas E. Argenio | /s/  Anthony I. Wilson |
| _____ | _____ |
| Thomas E. Argenio, Esq. BBO # 541796<br>Goldsmith, Katz & Argenio, PC<br>1350 Main Street, Suite 1505<br>Springfield, MA  01103<br>Phone  (413) 737-5996<br>Fax     (413) 781-3780<br>targenio@gkalawfirm.com | John T. Liebel, Esq.  BBO # 299660<br>Anthony I. Wilson, Esq. BBO # 682573<br>City of Springfield Law Department<br>36 Court Street, Room 210<br>Springfield, MA  01103<br>Phone   413-787-6085<br>Fax      413-787-6173<br>jliebel@springfieldcityhall.com<br>awilson@springfieldcityhall.com |

**THE DEFENDANTS,**
**SEAN ARPIN and**
**STEVEN KENT**
**By their attorneys**

/s/  John K. Vigliotti

/s/   Andrew J. Gambaccini

_____
John K. Vigliotti, Esq. BBO #642337
Andrew J. Gambaccini, Esq. BBO #654960
Reardon, Joyce and Akerson, PC
4 Lancaster Terrace
Worcester, MA  10609
Phone   508-754-7285
jvigliotti@rja-law.com
agambaccini@rja-law.com